# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

      **Plaintiff,**

   v.                        CASE NO.  26-CR-10024-JWB

**MIGUEL DE LA CRUZ-LUX,**

      **Defendant.**

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT 1

**RESISTING, OPPOSING, IMPEDING
AND INTERFERING WITH A FEDERAL OFFICER
[18 U.S.C. § 111(a)(1) & (b)]**

On or about January 10, 2026, in the District of Kansas,

**MIGUEL DE LA CRUZ-LUX,**

the defendant, did intentionally and forcibly resist, oppose, impede and interfere with an officer or employee of the United States, in that the defendant, **MIGUEL DE LA CRUZ-LUX** did forcibly resist, oppose, impede and interfere with, and he did make physical contact with, United States Homeland Security Investigations Enforcement Removal Operations (ERO) Officer T.B. while ERO Officer T.B. was engaged in the

performance of his official duties and the defendant caused bodily injury to ERO Officer T.B. when the defendant resisted his lawful arrest.

In violation of Title 18, United States Code, Section 111(a)(1) and (b).

A TRUE BILL.

January 28, 2026                           s/Foreperson
DATE                                       FOREPERSON OF THE GRAND JURY


RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ Lanny D. Welch
LANNY D. WELCH
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: Lanny.Welch@usdoj.gov
Ks. S. Ct. No. 13267

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

2

## PENALTIES

**Count 1: 18 U.S.C. § 111(a)(1) & (b) [RESISTING, OPPOSING, IMPEDING AND INTERFERING WITH A FEDERAL OFFICER]**

]

- Punishable by a term of imprisonment of not more than 20 years. 18 U.S.C. § 111(b).
- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).
- A fine not to exceed $250,000.00. 18 U.S.C. § 3571(b)(3).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A)